HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HARRIS L. WINNS,

        Plaintiff,

    v.

HAROLD W. CLARKE, et al,

        Defendants.

Case No. C06-5723RBL

ORDER

    THIS MATTER is before the Court on Plaintiff's Motion for Service of Summons by U.S. Marshal's Office [Dkt. #26] and Application for Court Appointed Counsel in Title VII Action [Dkt. #27].

    Under Fed. R. Civ. P. 4(c)(2) the Marshal shall effect service when a plaintiff has been authorized to proceed *in forma pauperis* pursuant to 28 U.S.C. §1915. Plaintiff has been so authorized. Therefore, plaintiff's motion for service [Dkt. #26] is **GRANTED**. If he has not already done so, plaintiff shall provide completed Marshal's service forms within ten (10) days of entry of this Order.

    Plaintiff also again requests appointment of counsel. The Court previously denied the request [Dkt. #3]. For the reasons stated in the Court's previous Order, plaintiff's application for court appointed counsel [Dkt. #27] is **DENIED.**

    **IT IS SO ORDERED.**

ORDER
Page - 1

1   The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing
2   pro se.
3   Dated this 2nd day of October, 2007.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 2