1
2
3
4
5
6                                                          The Honorable Ronald B. Leighton
7                          **UNITED STATES DISTRICT COURT**
                        **WESTERN DISTRICT OF WASHINGTON**
8                                      **AT TACOMA**
9

10   HARRIS L. WINNS,                          NO.  C06-5723 RBL

11                          Plaintiff,          ORDER RE: DEFENDANT
                                               STATE OF WASHINGTON'S
12        v.                                   MOTION TO COMPEL

13   STATE OF WASHINGTON
     DEPARTMENT OF CORRECTION, ET
14   AL.,
                          Defendants.
15

16

17        This matter, having come before the Court on October 17, 2008, now, based upon the

18   above-referenced motion, the Court being fully advised, therefore

19        **IT IS NOW HEREBY ORDERED:**

20        That Defendant State of Washington's Motion to Compel is GRANTED.  The plaintiff,

21   Harris Winns, shall: (1) Answer Defendant State of Washington's First Interrogatories and

22   Requests for Production of Documents by November 14, 2008; and (2) File his Initial

23
     Disclosures pursuant to FRCP 26(a)(1) by November 14, 2008.
24

25

26

ORDER RE: DEFENDANT STATE OF                    1          ATTORNEY GENERAL OF WASHINGTON
WASHINGTON'S MOTION TO COMPEL                                      Tort Claims Division
                                                           1019 Pacific Avenue, 3rd Floor
                                                                   P.O. Box 2317
                                                                Tacoma, WA 98401
                                                                 (253) 593-5243

1    Plaintiff is hereby warned that the failure to abide by this Court's Order will result in

2  sanctions up to and including the dismissal of this case.

3

4

5

6    DATED this 20th day of October, 2008.

7

8    _____
     RONALD B. LEIGHTON
9    UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER RE: DEFENDANT STATE OF                2                ATTORNEY GENERAL OF WASHINGTON
WASHINGTON'S MOTION TO COMPEL                                Tort Claims Division
                                                             1019 Pacific Avenue, 3rd Floor
                                                             P.O. Box 2317
                                                             Tacoma, WA 98401
                                                             (253) 593-5243