UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HARRIS L. WINNS,<br><br>                 Plaintiff,<br><br>    v.<br><br>HAROLD CLARKE, *et al.*,<br><br>                 Defendants. | NO.  C06-5723RBL<br><br>ORDER DENYING MOTION FOR<br>ENTRY OF FULL JUDGMENT |

This matter is before the Court on the Plaintiff's serial "Demands Motion for Entry of Full Judgment." [Dkt. #s 148, 157, 162, 165 and 168]. The pro se Plaintiff apparently seeks, at least in part, entry of a final judgment on the Court's prior dismissal[1] of his claims against the State, notwithstanding his unresolved claims against King County, under Fed. R. Civ. P. 54(b) and (c).

Plaintiff apparently seeks to appeal the dismissal of his claims against the State, while his case against the County proceeds in this Court. The Plaintiff has cited the correct Rule, but has failed to meet his burden of establishing that there is no just cause for delay. Indeed, the Plaintiff's citation to the policy disfavoring piecemeal litigation supports denying, not granting, the motion. The Motions are DENIED.

Plaintiff also renews his request for a Default Judgment under Fed. R. Civ. P. 55. The Defendants have Answered the Complaint, and this portion of the Plaintiff's Motion is DENIED as well.

//

---

[1] *See* Dkt. #147.

ORDER
Page - 1

1

2 IT IS SO ORDERED.

3     DATED this 6th of May, 2009.

4                                                          /s/ Ronald B. Leighton

5                                                           RONALD B. LEIGHTON
                                                          UNITED STATES DISTRICT JUDGE