UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HARRIS L. WINNS, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF WASHINGTON DEPARTMENT OF CORRECTIONS, *et al.*, <br><br> Defendants. | NO. C06-5723RBL <br><br> ORDER OF DISMISSAL |

This matter is before the Court on its own Motion. This Motion follows the Court's May 8, 2009, Order, [Dkt. #171] which required Plaintiff to respond to outstanding discovery, and to file his initial disclosures under Fed. R. Civ. P. 26(a)(1), no later than May 29, 2009. The Order also informed the Plaintiff that failure to do so would result in sanctions up to and including dismissal.

Plaintiff has done none of the things he was ordered to do. *See* Dkt. 174. This pattern was first evidenced in response to a similar Motion regarding the State Defendants, earlier this year. [*See* Order at Dkt. #147.]

For these reasons, as a sanction for willful violations of the Court's Orders and of his discovery obligations under Fed.R.Civ.P. 37(b)(2)(C), the Plaintiff's remaining claims are DISMISSED WITH PREJUDICE. Any other pending Motions are Denied as Moot.

ORDER
Page - 1

1 | The Court will not entertain a Motion for Costs.

2 | It is SO ORDERED.

3 | DATED this 17th of August, 2009.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 2