# United States District Court

WESTERN DISTRICT OF WASHINGTON

HARRIS L. WINNS

        v.

STATE OF WASHINGTON
DEPARTMENT OF CORRECTIONS, *et al.*,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5723RBL

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Plaintiff's remaining claims are DISMISSED WITH PREJUDICE. Any other pending Motions are Denied as Moot. The Court will not entertain a Motion for Costs.


  August 18, 2009                                               BRUCE RIFKIN
Date                                                           Clerk

                                                                          *s/CM Gonzalez*
                                                                          By, Deputy Clerk